**Matthew B. Crane** (UTB# 13909)
FORD & CRANE PLLC
6605 S. Redwood Road, Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA,<br><br>              Plaintiff,<br>vs.<br><br>EDG PROPERTIES, LLC, a Montana Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>              Defendants. | **STIPULATED MOTION TO DISMISS WITH PREJUDICE**<br><br><br>Case No. 2:19-CV-809-DAK-DBP<br><br>Judge Dale A. Kimball |

Plaintiff, Linda Suda and Defendant, EDG Properties, LLC (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and jointly move the Court for an order dismissing this action, with prejudice.  The Parties have resolved their dispute and agree that this matter should be dismissed.

A proposed order dismissing all claims with prejudice, approved by all parties, is filed and served herewith.

[SIGNATURES ON NEXT PAGE]

STIPULATED the 25th day of February, 2020.

FORD & CRANE PLLC


/s/ Matthew B. Crane
Matthew B. Crane
*Attorney for Plaintiff, Linda Suda*


STIPULATED the 25th day of February, 2020.

ANDERSON & KARRENBERG


/s/  Jacob D. Barney
Jared D. Scott
Jacob D. Barney
*Attorneys for Defendant, EDG Properties, LLC*
(Signed with permission)

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 25th day of February, 2020, I caused a true and

correct copy of the foregoing STIPULATED MOTION TO DISMISS WITH PREJUDICE to be

filed with the Court via CM/ECF, which caused notice to be served upon all e-filing counsel of

record via the Court's Notice of Electronic Filing [NEF].


/s/ Matthew B. Crane